# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **CASE NO. 12-cv-00394-KOB** |
| **S&G, LLC; A&L CONTRACTORS, INC.; &** ) | |
| **ALLAN SHINN,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** plaintiff Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, National Association ("Plaintiff") and defendants S&G, LLC, A&L Contractors, Inc. and Allan Shinn (collectively, the "Defendants"), the parties to the above-styled action, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure hereby stipulate to the Court that this action be dismissed **WITHOUT PREJUDICE**, with court costs taxed as paid.  Counsel for the Plaintiff is filing this joint stipulation for all parties with the consent of the Defendants' counsel.

Respectfully submitted this the 13th day of September 2012.

| | |
|---|---|
| /s/ Andrea L. Weed | /s/ Jon B. Terry |
| Jason D. Woodard | Jon B. Terry |
| Andrea L. Weed | Bains & Terry |
| Burr & Forman LLP | 1813 Third Avenue North |
| 420 North 20th Street, Suite 3400 | Bessemer, Alabama 35020 |
| Birmingham, Alabama 35203 | Telephone: (205) 425-1606 |
| Telephone: (205) 251 3000 | Email: bainsjbt@bellsouth.net |
| Email: jwoodard@burr.com | Attorney for Defendants |
| aweed@burr.com. | |
| Attorneys for Plaintiff | |

2030731 v1