IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | 2:12-cv-394-KOB |
| | ] | |
| S&G, LLC; A&L CONTRACTORS, | ] | |
| INC.; & ALLAN SHINN, | ] | |
| | ] | |
| Defendants. | ] | |

## ORDER

The court, having received the Joint Stipulation of Dismissal Without Prejudice (doc. 11), DISMISSES this action WITHOUT PREJUDICE, with costs taxed as paid.

DONE and ORDERED this 14th day of September, 2012.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE